IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Ricky Lorin Hupp,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:12-cv-169 |
| **Commissioner of Social Security,** | : | **JUDGE EDMUND A. SARGUS, JR.**<br>**Magistrate Judge Kemp** |
| **Defendant.** | : | |

### ORDER

The parties have jointly moved for remand. Their motion (Doc. 21) is **GRANTED** and this case is remanded to the Commissioner of Social Security. Upon remand, the ALJ will reevaluate the evidence and all opinions in the record, including the testimony of the medical expert at the hearing on December 21, 2010. The Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

3-8-2013
Date

Edmund A. Sargus, Jr.
United States District Judge