IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ricky L. Hupp,

    Plaintiff,

v.

Carolyn W. Colvin, Acting
Commissioner of
Social Security,

    Defendant.

Case No. 2:12-cv-169

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act. Pursuant to that stipulation, plaintiff is awarded the sum of $5,000.00. The award of attorney fees satisfies all of plaintiff's claims for fees and expenses under 28 U.S.C. §2412. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

Date: 4-24-2013

Edmund A. Sargus, Jr.
United States District Judge